In the Matter of BRONXVILLE BOWLING CLUB, INC., Appellant, against GEORGE N. SCHMIEDEL, as Tax Assessor of the Town of Eastchester, et al., Respondents.

Argued October 7, 1942; decided October 29, 1942.

*Frank H. Connelly, Jr.*, for appellant.

*Joseph G. Gubman* for Eastern Bowling Proprietors Assn., Inc., *amicus curiæ.*

*Dante D'Alessandro* and *Robert J. Trainor* for respondent.

Judgment reversed and judgment directed in favor of the appellant, without costs, upon the authority of *People ex rel. National Exhibition Co.* v. *Miller* (288 N. Y. 698). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.